IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HAZEM ALGHANMIYEEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cv-02606-MSN |
| | ) | |
| SUMMER FUEL LLC, | ) | JURY DEMAND |
| AHMED ABDELHAMID, | ) | |
| ABDELHAMID ABDELHAMID, | ) | |
| WAHAB SALAM, and BILAL | ) | |
| WAHAB, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Hazem Alghanmiyeen, and Defendants Wahab Salam and Bilal Wahab, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this Stipulation of Voluntary Dismissal to dismiss Defendants Wahab Salem and Bilal Wahab from the Plaintiff's Complaint *without prejudice* with all costs taxed to Plaintiff.

Respectfully submitted,

MERIDIAN LAW
PLLC

By:   /s/ Summer J. Melton
Thomas W. Shumate (#019595)
Summer J. Melton (#036873)
2900 Vanderbilt Place, Suite 100
Nashville, TN 37212
615-229-7499 (office)
615-229-7498 (fax)
www.meridian.law
summer.melton@meridian.law
*Attorneys for Hazem Alghanmiyeen*

        - and -

/s/ Mark J. Grai
Mark J. Grai (#012091)
The Winchester Law Firm, PLLC
6060 Poplar Avenue, Suite 295
Memphis, Tennessee 38119
Tel: 901-685-9222
Fax: 901-685-9260
mgrai@winchesterlawfirm.com
*Attorney for Defendants Bilal Wahab and Wahab Salam*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Stipulation of Voluntary Dismissal has been served via CM/ECF on all parties consenting to electronic services and by U.S. Mail, prepaid postage, on those who have not yet consented to electronic services, on:

| | |
|---|---|
| Mark J. Grai (#012091)<br>The Winchester Law Firm, PLLC<br>6060 Poplar Avenue, Suite 295<br>Memphis, Tennessee 38119<br>Tel: 901-685-9222<br>Fax: 901-685-9260<br>mgrai@winchesterlawfirm.com<br>*Attorney for Defendants Bilal Wahab and Wahab Salam* | Ryan Spickert<br>1470 Monroe Avenue<br>Memphis, Tennessee 38104<br>*Registered Agent for Summer Fuel, LLC* |
| Ahmed Abdelhamid<br>2389 Summer Avenue<br>Memphis, TN 38112-2517 | Abdelhamid Abdelhamid<br>67334 Corban Cove, Apt. 202<br>Memphis, TN 38125-9151 |

on this 18th day of October, 2019.

/s/ Summer J. Melton
Summer J. Melton