### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **HAZEM ALGHANMIYEEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:19-cv-02606-MSN** |
| | ) | |
| **SUMMER FUEL LLC,** | ) | **JURY DEMAND** |
| **AHMED ABDELHAMID,** | ) | |
| **ABDELHAMID ABDELHAMID,** | ) | |
| **WAHAB SALAM, and BILAL** | ) | |
| **WAHAB,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Hazem Alghanmiyeen, And Defendants, Wahab Salam and Bilal Wahab, by and through their respective counsel, have filed and served a written Stipulation of Voluntary Dismissal *without prejudice* as to Plaintiff's Complaint against Defendants Wahab Salam, and Bilal Wahab.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** the Plaintiff's Complaint against Defendants, Wahab Salam and Bilal Wahab, is dismissed *without prejudice.* Court costs shall be assessed to Plaintiff pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**ENTERED** this the ___ day of _____, 2019.

_____
Hon. Judge Eli Richardson

Respectfully submitted,

**MERIDIAN LAW**
P L L C

By:   /s/ Summer J. Melton
Thomas W. Shumate IV (#019595)
Summer J. Melton (#036873)
2900 Vanderbilt Place, Suite 100
Nashville, TN 37212
615-229-7499 (office)
615-229-7498 (fax)
www.meridian.law
summer.melton@meridian.law
*Attorneys for Hazem Alghanmiyeen*


-   and   -

/s/ Mark J. Grai
Mark J. Grai (#012091)
The Winchester Law Firm, PLLC
6060 Poplar Avenue, Suite 295
Memphis, Tennessee 38119
Tel: 901-685-9222
Fax: 901-685-9260
mgrai@winchesterlawfirm.com
*Attorney for Defendants Bilal Wahab
and Wahab Salam*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Order of Voluntary Dismissal Without Prejudice has been served via CM/ECF on all parties consenting to electronic services and by U.S. Mail, prepaid postage, on those who have not yet consented to electronic services, on:

| | |
|---|---|
| Mark J. Grai (#012091) | Ryan Spickert |
| The Winchester Law Firm, PLLC | 1470 Monroe Avenue |
| 6060 Poplar Avenue, Suite 295 | Memphis, Tennessee 38104 |
| Memphis, Tennessee 38119 | *Registered Agent for Summer Fuel,* |
| Tel: 901-685-9222 | *LLC* |
| Fax: 901-685-9260 | |
| mgrai@winchesterlawfirm.com | |
| *Attorney for Defendants Bilal* | |
| *Wahab and Wahab Salam* | |
| | |
| Ahmed Abdelhamid | Abdelhamid Abdelhamid |
| 2389 Summer Avenue | 67334 Corban Cove, Apt. 202 |
| Memphis, TN 38112-2517 | Memphis, TN 38125-9151 |

on this 18th day of October, 2019.

/s/ Summer J. Melton
Summer J. Melton